IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR148-5 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| COLLEEN L. McCORMICK, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order filed this date,

IT IS ORDERED that the defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct her sentence is dismissed on initial review. The clerk of the court shall close this file for statistical purposes.

DATED: May 9, 2005.             BY THE COURT:

                                s/ Richard G. Kopf
                                United States District Judge